# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JARDY RAFAEL REYES GUZMAN, | : | Civil No. 1:26-CV-00743 |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | |
| | : | |
| FIELD OFFICE DIRECTOR U.S. | : | |
| IMMIGRATION AND CUSTOMS | : | |
| ENFORCEMENT, *et al.*, | : | |
| | : | |
| Respondents. | : | Judge Jennifer P. Wilson |

## <u>ORDER</u>

Petitioner, a detainee of the United States Department of Homeland Security, Immigrations and Customs Enforcement ("DHS"), filed a 28 U.S.C. § 2241 petition requesting, among other things, that the court declare that her detention is unlawful.  (Doc. 1.)  Following review of the petition, **IT IS ORDERED AS FOLLOWS**:

1) The habeas petition is deemed filed.  (Doc. 1.)

2) The Clerk of Court shall serve a copy of the petition, Doc. 1, and this order on Respondents and the United States Attorney's Office for the Middle District of Pennsylvania, Civil Division.  *See* R. Governing § 2254 Cases, R. 1(b), 4.

3) Further, the Clerk of Court shall email a copy of the petition, Doc. 1, and this order to the United States Attorney's Office for the Middle District of Pennsylvania, Civil Division, Attention: Richard D. Euliss, Chief, Civil Division (Richard.D.Euliss@usdoj.gov) and Timothy Judge, Deputy Chief, Civil Division (Timothy.Judge@usdoj.gov), no later than **5:00 p.m. on Wednesday, March 25, 2026**.

4) Respondents shall file an answer to the petition, Doc. 1, by **April 8, 2026**. *See* R. Governing § 2254 Cases, R. 5(b)–(d).

5) Petitioner may file a traverse by **April 22, 2026**. *See* R. Governing § 2254 Cases, R. 5(e).

6) The court will determine whether a hearing is necessary after the petition is fully briefed.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania

Dated: March 24, 2026